In the Matter of the Claim of LOUIS MAGGIO, Respondent, against NEW YORK

RAILWAYS COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award modified by excluding compensation from November 6, 1925, until December 28, 1925, and as so modified unanimously affirmed, without costs, it appearing that claimant worked for the employer and was paid his usual wages between the dates mentioned. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of FRED WAGNER, Respondent, against BROWN BROTHERS COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., Van Kirk, McCann, Davis and Whitmyer, JJ.